In the Matter of School Site (McGinnis).— Motion granted. Settle order on notice.

In the Matter of School Site (East 105th Street).— Reference ordered. Settle order on notice.

In the Matter of Briggs Avenue School Site.— Motion granted. Settle order on notice.

The People of the State of New York ex rel. Stephen S. Walsh, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

The Washington Life Insurance Company, Respondent, v. Blair T. Scott, Appellant.— Judgment affirmed, with costs. No opinion.

Hugh McGee, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Patterson, P. J., dissenting.

Sue B. Tyrrell, Respondent, v. New York City Railway Company, Impleaded with Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, J., dissenting.

The People of the State of New York ex rel. John J. Brennan, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Clarke, J., dissenting.

George F. Ulich, Respondent, v. White Clover Dairy, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham and Laughlin JJ., dissenting.

Jeremiah A. Baltimore, Appellant, v. New York School of Automobile Engineers, a Domestic Corporation, Respondent.— Judgment affirmed, with costs. No opinion.

Abraham E. Rosenzweig, Respondent, v. Brooklyn Woven Wire Mattress Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Giuseppe Priolo, Appellant, v. C. H. Southard Wrecking and Trucking Company, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion.— Patterson, P. J., and Clarke, J., dissenting.

John K. Jones, Individually and as Administrator de Bonis Non of the Estate of Evan Jones, Deceased, and as Administrator, etc., of Mary A. Jones, Deceased, and Others, Respondents, v. The New York Elevated Railroad Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Frank G. Swartwout, Appellant, v. Herman Scheideberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert J. Collier, Appellant, v. Postum Cereal Company, Limited, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of John A. Peck and William H. Peck, as Executors, etc., of Arza C. Peck, Deceased. William H. Peck, Appellant; John A. Peck, Individually and as Executor, etc., of Arza C. Peck, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

APP. DIV.— VOL. CXXVIII.       59